## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**KEVIN R. BIGGERS**                                        **PLAINTIFF**
**ADC #155966**

**v.**                          **No. 3:20-cv-234-DPM**

**BRIAN BUCHANAN, Patrolman,**
**Cherokee Village Police Department**                **DEFENDANT**

### ORDER

Biggers's mail is being returned undelivered.  *Doc. 10.*  He must update his address with the Clerk by 20 November 2020.  If he doesn't, then the Court will dismiss his complaint without prejudice.  LOCAL RULE 5.5(c)(2).

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

20 October 2020