IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KEVIN R. BIGGERS**  **PLAINTIFF**
**ADC #155966**

v.  No. 3:20-cv-234-DPM

**BRIAN BUCHANAN, Patrolman,**
**Cherokee Village Police Department**  **DEFENDANT**

## ORDER

Biggers hasn't updated his address with the Clerk; and the time to do so has passed. *Doc. 11.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

 23 November 2020