IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KEVIN R. BIGGERS**  **PLAINTIFF**
**ADC #155966**

v.   No. 3:20-cv-234-DPM

**BRIAN BUCHANAN, Patrolman,**
**Cherokee Village Police Department, and**
**CHEROKEE VILLAGE POLICE**
**DEPARTMENT**  **DEFENDANTS**

## JUDGMENT

Biggers's complaint is dismissed without prejudice.

*[signature]*

D.P. Marshall Jr.
United States District Judge

<u>23 November 2020</u>